Darryl PORTER, Appellant,

v.

DIVISION OF EMPLOYMENT
SECURITY, Respondent.

No. WD 68994.

Missouri Court of Appeals,
Western District.

Jan. 13, 2009.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 3, 2009.

Appellant acting pro se.

Larry Ruhmann, Jefferson City, MO, for
respondent.

Before JOSEPH P. DANDURAND,
P.J., HAROLD L. LOWENSTEIN, and
JAMES M. SMART, JR., JJ.

### Order

PER CURIAM:

Darryl Porter appeals the judgment of
the Labor and Industrial Relations Com-
mission. The Commission determined
that Porter's appeal of the ruling that he
was disqualified from benefits was not
timely and that he did not show good cause
for a late appeal.

Having carefully considered the conten-
tions on appeal, we find no grounds for
reversing the decision. Publication of a
formal opinion would not serve jurispru-
dential purposes or add to understanding
of existing law. The judgment is affirmed.
Rule 84.16(b).